Submitted on the record March 8, ballot title certified April 11, 2002

Jim CARROLL,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S49225)

Terry WITT,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S49230)
(Consolidated for Opinion)

47 P3d 2

James Brown, of Enfield, Brown, Knivila, & Razor, Salem, filed the petition for petitioner Carroll.

John A. DiLorenzo, Jr., and Aaron K. Stuckey, of Hagen, Dye, Hirschy, & DiLorenzo, P.C., Portland, filed the petition for petitioner Witt.

David F. Coursen, Assistant Attorney General, Salem, filed the answering memoranda for respondent. With him on the answering memoranda were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

PER CURIAM

## PER CURIAM

In these consolidated ballot title review proceedings, petitioners challenge various aspects of the Attorney General's certified ballot title for a proposed initiative measure, which the Secretary of State has denominated as Initiative Petition 163 (2002). We review the Attorney General's certified ballot title to determine whether it substantially complies with the requirements of ORS 250.035(2). *See* ORS 250.085(5) (setting out standard of review).

We have considered petitioners' arguments and conclude that they are not well taken. Accordingly, we certify to the Secretary of State the following ballot title for the proposed measure:

ALLOWS LOCAL REGULATION OF PESTICIDE
USE, SALE; CHANGES AGENCY ADMINISTERING
STATE PESTICIDE USE REPORTING PROGRAM

RESULT OF "YES" VOTE: "Yes" vote repeals laws preempting local regulation of pesticide use, sale; modifies existing reporting program; transfers program to different agency, funds program through registration fees.

RESULT OF "NO" VOTE: "No" vote retains current law, preempting local regulation of pesticide use and sale, providing for statewide regulation; retains existing pesticide use reporting program, registration fees.

SUMMARY: Current law provides uniform, statewide regulation of pesticide use and sale, preempting local regulation. This measure authorizes local regulation, repeals preemption. Current law authorizes and limits pesticide registration fees; requires Department of Agriculture to: establish system for reporting basic pesticide use information, specifying quantity, purpose, month of use, product used, location of use by watershed, county, zip code or other identifier; collect information annually regarding major categories of pesticide use; publish annual report summarizing pesticide use; adopt rules governing public release of pesticide use information. This measure: transfers the pesticide use reporting program to the Department of Environmental Quality; alters program to require collecting location information identifying section, township, range where

use occurs; imposes pesticide registration fees adequate to fund pesticide reporting program. Other provisions.

Ballot title certified.